# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-215 | MAGIS. NO: |
|---|---|---|
| V. MECCA LEE-BEY | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Mecca Lee-Bey | **FILED** JUL 20 2006 NANCY MAYER-WHITTINGTON, CLERK U.S. DISTRICT COURT |

| DOB: | PDID: | | |
|---|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST | |
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;

UNLAWFUL DISTRIBUTION OF HEROIN;

USING, CARRYING AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE;

SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18:922(g)(1); 21:841(a)(1) and 841(b)(1)(C); 18:924(c)(1); and 21:844(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED: 7/18/06 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 7/18/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 7/18/06 | NAME AND TITLE OF ARRESTING OFFICER *Reporting* Fitzgerald, Derrick DUSM | SIGNATURE OF ARRESTING OFFICER *Reporting* [signature] |
|---|---|---|---|
| DATE EXECUTED | 7/20/06 | | |
| HIDTA CASE: Yes __ No X | | | OCDETF CASE: Yes __ No X |