UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MECCA LEE-BEY,<br><br><br>Defendant. | Crim. Action No. 06-0215<br>RMC/DAR |

**FILED**

JUL 20 2006

**ORDER**    NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is, this 20th day of July, 2006,

**ORDERED** that the District of Columbia Department of Corrections provide Defendant with appropriate medical examinations and treatment for his gunshot wound;* and it is

**FURTHER ORDERED** that the District of Columbia Department of Corrections medical staff shall determine whether Defendant's medical needs can be met in the District of Columbia Jail prior to any transfer from CTF to the jail.

July 20, 2006

DEBORAH A. ROBINSON
United States Magistrate Judge

---

  *  The undersigned was advised by an attorney in the Office of General Counsel of the District of Columbia Department of Corrections that Defendant was examined and treated on July 14 and 16, 2006, and that he has been housed at CTF.