## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-215 (RMC) |
| ) | |
| MECCA LEE-BEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court during the Status Conference held in this matter on August 10, 2006, it is hereby

**ORDERED** that Mr. Mecca Lee-Bey, Reg. No. 30656-007, shall be transferred to the CTF facility, if he is eligible for such transfer under the Department of Corrections' security guidelines, so that he may obtain appropriate treatment for his gunshot wound.

**SO ORDERED**.

Date: August 10, 2006                                /s/
ROSEMARY M. COLLYER
United States District Judge