UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-215 (RMC) |
| ) | |
| MECCA LEE-BEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court during the Status Conference held in this matter on March 2, 2007, it is hereby

**ORDERED** that Mr. Mecca Lee-Bey, Reg. No. 30656-007, shall be transferred from the CTF facility to the D.C. Jail.

**SO ORDERED**.


Date:  March 2, 2007                                     /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge